IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AARON RIVIERE**                                                                                  **PLAINTIFF**

v.                                      No. 3:22-cv-68-DPM

**BEAU MCBRIDE,**
**Law Enforcement Officer,**
**Badge #98, Cherokee Village**
**Police Department**                                                             **DEFENDANT**

### ORDER

1. Riviere's application to proceed *in forma pauperis* is incomplete; he didn't submit a certificate. 28 U.S.C. § 1915(a)(2). His application, *Doc. 1*, is therefore denied without prejudice.

2. Riviere must submit a completed application and certified calculation sheet by 29 April 2022. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Riviere permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

3. The Court directs the Clerk to mail Riviere an *in forma pauperis* application with a copy of this Order.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022