IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AARON RIVIERE**                                                                          **PLAINTIFF**

v.                              No. 3:22-cv-68-DPM

**BEAU MCBRIDE**, Law Enforcement
Officer, Badge #98, Cherokee Village
**Police Department**                                                                      **DEFENDANT**

### ORDER

McBride has moved to stay this case pending the resolution of Riviere's state case. Riviere hasn't responded to the motion. And his time to do so has passed. The Court appreciates the additional background information about the underlying arrest that McBride provided in his motion papers. *Doc. 11*.

Riviere is facing criminal charges, including for refusal to submit to arrest, that are related to the arrest at issue here. *State v. Riviere*, 68CR-22-27. The Court must therefore abstain from moving forward on Riviere's excessive-force claim against Officer McBride. The criminal case is ongoing, Arkansas has an important interest in enforcing its criminal laws, and Riviere may raise his constitutional claims during his state criminal proceedings. *Younger v. Harris*, 401 U.S. 37, 43-45 (1971). Further, there's no indication of bad faith, harassment, or any other extraordinary circumstances that would make

abstention inappropriate. *Tony Alamo Christian Ministries v. Selig*, 664 F.3d 1245, 1254 (8th Cir. 2012). This case must, therefore, be put on hold until there's a final disposition of Riviere's pending state charges. *Wallace v. Kato*, 549 U.S. 384, 393–94 (2007); *Yamaha Motor Corporation, U.S.A. v. Stroud*, 179 F.3d 598, 603-04 (8th Cir. 1999).

* * *

McBride's motion, *Doc. 10*, is granted. This case is stayed and administratively terminated. Riviere can move to reopen this case after final disposition of his state case, including any appeal. Any motion to reopen must be filed within sixty days of that final disposition. If Riviere doesn't file a timely motion to reopen or a status report 19 December 2023, then the Court will reopen the case and dismiss it without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2022