IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AARON RIVIERE                                                                PLAINTIFF

v.                         No. 3:22-cv-68-DPM

BEAU MCBRIDE, Law Enforcement
Officer, Badge #98, Cherokee Village
Police Department                                                            DEFENDANT

## ORDER

Riviere's state case concluded in October 2023. *State v. Riviere*, 68CR-22-27 (Sharp County). He didn't appeal. He also hasn't filed a status report or a motion to reopen this case. Because the time to do so has passed, the Court reopens this case and will dismiss it without prejudice. *Doc. 13 at 2.*

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 December 2023