IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AARON RIVIERE                                                                      PLAINTIFF

v.                              No. 3:22-cv-68-DPM

BEAU MCBRIDE, Law Enforcement
Officer, Badge #98, Cherokee Village
Police Department                                                                  DEFENDANT

## JUDGMENT

Riviere's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 December 2023